# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| ALEXANDRIA BENNETT, | ) | |
|---|---|---|
| Appellant, | ) | Case 24-11199-J |
| v. | ) | |
| WALMART, INC., | ) | |
| Appellee. | ) | |

## MOTION TO SET ASIDE DISMISSAL AND REMEDY DEFAULT

Comes now Alexandria Bennett, Appellant in the above-named case, and files this Motion to Set Aside Dismissal and Remedy Default pursuant to 11th Cir. R. 42-2(e). Despite counsel's best efforts, the Appellant was unable to meet the deadline to file the appellant's brief due to extraordinary circumstances.

Counsel for the Appellant is the sole caregiver for her father who was unexpectedly hospitalized on August 27, 2024, for a life-threatening emergency and underwent surgery. As counsel has been the sole caregiver for her father since 2016 and has had to provide around-the-clock care for him in recent weeks, she was not able to file the brief by the deadline. The brief has now been filed.

This matter was set for mediation on September 24, 2024, for possible resolution. Appellant does not believe that any prejudice will result to any party from this brief delay.

/s/ Ellise M. Washignton /s/_____
Ellise M. Washington (ASB-1744-G16U)
***Counsel for the Appellant, Alexandria Bennett***
EMW LAW, LLC
2100 1ˢᵗ Ave. N., Suite 300
Birmingham, AL 35203
ellise@emwlawllc.com
P: 205-938-4369
F: 205-449-2171

# CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing document to be electronically filed and issued to counsel via electronic mail and/or CM/ECF notification on this date: September 7, 2024.

Gwendolyn A. Gordon
Christopher J. Zulanas
***Counsel for Appellee Wal-Mart, Inc.***
Friedman, Dazzio & Zulanas, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
czulanas@friedman-lawyers.com
ggordon@friedman-lawyers.com

         /s/ Ellise M. Washington
         OF COUNSEL

No. 24-11199
Alexandria Bennett v. Walmart, Inc.

**Certificate of Interested Persons and Corporate Disclosure Statement**

Pursuant to Local Rules 26.1-2, Plaintiff-Appellant certifies that the following persons have or may have an interest in the outcome of this case or appeal:

Bennett, Alexandria (Appellant)

EMW Law & Associates, LLC (Attorneys for Appellant)

Friedman, Dazzio & Zulanas, PC (Attorneys for Appellee)

Gordon, Gwendolyn A. (Attorney for Appellee)

Manasco, Anna M. (US District Judge, US District Court-ND of AL)

Walmart, Inc. (Sole Member of Wal-Mart Stores East, LLC)

Wal-Mart Stores East, LLC (Appellee and Sole Member of both WSE Management, LLC and WSE Investment, LLC)

Washington, Ellise (Attorney for Appellant)

WSE Investment, LLC (Sole Limited Partner of Wal-Mart Stores East, L.P.)

WSE Management, LLC (Sole General Partner of Wal-Mart Stores East, L.P)

Zulanas, Christopher J. (Attorney for Appellee

Submitted: September 7, 2024